## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Thomas Clemons

               Plaintiff,

v.

Thomas Dart, et al.

               Defendant.

Case No.: 1:13−cv−02356
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Defendant's motion for an extension of time to complete discovery [59] is granted. Fact discovery cut−off is extended to 1/19/15. Cut−off date for designation of defendants' expert(s) is 2/2/15. The depositions of experts to be completed by 2/13/15. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.