# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

THOMAS CLEMONS,

Plaintiff(s),

v.

THOMAS DART, SHERIFF OF COOK COUNTY, ILLINOIS,

Defendant(s).

Case No. 13-cv-02356
Judge John J. Tharp, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) and against defendant(s) in the amount of $95,000.00 ,

☐ which includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with respect to damages, Judge John J. Tharp presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion for summary judgment as to liability.

Date: 8/16/2016

Thomas G. Bruton, Clerk of Court

Alberta Rone, Deputy Clerk